02/20/20

Darryl Solomon Hope
# 28812-004
Federal Correctional Institution
2680 U.S. Highway 301 South
Jesup, Ga. 31599

Case No. 90-6108-Cr-William



FILED BY _____ D.C.
FEB 2 4 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Bernardo Lopez
Assistant Federal Public Defender
One East Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301-1842

**Ref: Government's Notice of Filing the BOP's Evaluation
Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A)(i)**

**Dear Mr. Lopez:**

    I am in receipt of your letter and the Government's Notice of Filing the BOP's Evaluation of my current & past medical & jobs condition. I wanted to further in form you of the fact, in which Dr. Ed Marchan FCI Jesup Clinical Director has **conceded** and willfully admitted that BOP URC and Region has confirm the fact that I have been denied, adequate care and medical treatment, since substaining this injury in 2012, for most then 3 years of complaining of pain and suffering on behalf of my injuries, I had a **GENERAL SURGERY,** in May of 2015 evaluated my injuries and recommended the surgery. Since 2015 I have not received the surgery on my left inguinal hernia, which has cause extensive deterioration and swelling to my groin arean and well as my chronic back and leg and region area, my groin is the side of an ORANGE, at times, which has cause nerve and tissue deterioration, and has left me at times to dependent on other inmate to help assist me with walking long distance, and making my bed, going to the restroom as well as other chores, for 8 years I have been complaining to medical about **this issue, and medical staff** has taken a relax attitude in there approach to provide the recommeded surgery, which has left me to deal with the day to day pain and suffering, and constant deteriorations and swelling. On February 2, 2019 I reported to medical staff that I had been urinating blood due to hemuturia, and that I woke up with blood in my bed from leakish from my private part, afterward medical call me to the lab to take test, I have not heard anything from medical since then, and I'm still in constant pain. I have also reported in the past to medical supervisor, that P.A. Aremu, has written false medical reports when addressing my medical issue, by writing down statement, concerning my medical issue, that I did not make in any statement. Some of the medical terms he's mentioning I cannot even pronounce.

    Mr. Lopez that medical synoposis/report written by Dr. Ed Marchan is in consistent with whats taken place concerning my pain and suffering on a daily basis, medical staff here is direspectful and has no regards for humane consumption, especially inmates serving life sentences or long term sentence.

    Lastly, Mr.Lopez I have been **assigned** to the barber shop, as an assign detail, but has not worked cutting hair since March of 2019 after being resigned to another detail. I was place back on the Barber shop detail but never have worked or perform duties because of my injuries. Also neither have I received any pay while being resign. This can be verified by BOP records and staffs here at FCI Jesup.

cc:

Sincerely,

Judge Honorable Kathleen M. William

Darryl Solomon Hope
# 28812-004
Federal Correctional Institution
2680 U.S. Highway 301 South
Jesup, Ga. 31599

◇ 28812-004 ◇
Katheen M Williams
299 E Broward BLVD
Federal Courthouse Square
FORT Lauderdale, FL 33301
United States