UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 90-cr-06108-KMW-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARRYL S. HOPE,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court on the Order granting Mr. Hope's motion for release pursuant to 18 U.S.C. § 3582. (DE 479). For the reasons identified in that Order, it is **ORDERED and ADJUDGED** that:

1. Mr. Hope's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (DE 477) is **GRANTED**;

2. The sentences imposed on all counts in the Judgment and Commitment Order dated September 5, 1991, are reduced to a total of Time Served;

3. Mr. Hope shall be released with the additional conditions that:

    a. He shall comply with all quarantine protocols at his institution prior to his release;

    b. He shall provide the address at which he will reside and a telephone number to U.S. Probation before his release;

    c. He shall contact U.S. Probation in the district where he will reside by telephone immediately following his release;

    d. He shall not leave that home for any reason for 14 days except, with the prior approval of U.S. Probation, for medical or other emergency; and

    e. He shall comply with all directives of federal, state, and local governments related to public health, including COVID-19.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of April, 2020.

_/s/ Kathleen M. Williams_
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE