UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 90-06108-CR-KMW-2

UNITED STATES OF AMERICA

vs.

DARRYL S. HOPE,

     Defendant.
_____/

## UNITED STATES' NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, pursuant to 18 U.S.C. §3742(b) and 28 U.S.C. §1291, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's orders, entered on April 10, 2020, granting Defendant's renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and reducing his sentence to a total of time served (ECF Nos. 479 and 480).

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:  *s/ Alicia E. Shick*
     Alicia E. Shick
     Assistant United States Attorney
     Florida Bar# 124842
     500 E. Broward Boulevard, 7th Floor
     Fort Lauderdale, Florida 33394
     (954) 660-5793
     Alicia.Shick@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on May 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          */s/ Alicia E. Shick*
          Alicia E. Shick
          Assistant United States Attorney