RECEPTION AND MEDICAL CENTE:

DATE: 6-30-20

INMATE INITIALS:

Darryl Solomon Hope
# 28812-004
P.O. Box 628
Regional Medical Center
Lake Butler, FL 32054

FILED BY _____ D.C.

JUL - 9 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable Judge: Kathleen M. Williams
299 East Broward Blvd
Federal Courthouse Square
Fort Lauderdale, FL 33301

RE: Case Number: 90-Cr-06108-KMW-2
Compassionate Release Granted.

Dear Honorable Judge Williams:

I am writing this letter of appreciation. to you for
granted. Me a second chance in life, an opportunity
to spend time with my children and Grachildren.
and my family. Ms. Williams, Honor I must say your
truly deserving of this title as well as robe in which
you represent. I prayed many days and night for
God to allow my truth to be heard and allow me to
be Judge accordingly, and allow my case to be seen for
what it truly were intended to be. I never denied my
intentions nor my participation as I presented before
the Court, Honor you saw not only the true facts in
my case, and allowed God to work through you, but
you saw my honesty as well as my non-Waiving
commitment for nearly 30 years. Honor I wanted thank
you again, for giving me my life back, and allowing me
an opportunity to help change the life of some of our
youth. and help a Worthy Cause, by presently my program

Hope Impact Youth and Development (10) Point Plan to them, and continue to inspired them to do better in life. There is a lot of Work to be done, and I know that the only way to reach them, is by reaching one at a time. These are critical times right now, especially with (Covid-19) Crisses and the lost of Jobs and lives everyday, and things seem as if there is know relief insight. One cannot help but to continue the faith, and know that we will see better days ahead, and not give up, give in, or give out.

Honor again, I can thank you enough, this Journey here in state prison will soon be over, and I am looking forward to keeping a report with you, until my supervised release is over or completed. May God, continue to bless you and your family, and be safe during these Critical times. God bless you Honorable Judge Williams.

Sincerely,

Tayl d Ty     6-29-20

PURPLE HEART

JACKSONVILLE FL 320

MAILED FROM A
STATE CORRECTIONAL FM 2 L
INSTITUTION

Daryl Solomon Hope
#651937
P.O. Box 628
Lake Butler Regional Medical Center
Lake Butler, FL 32054

Honorable Judge Kathaleen M. Williams
299 East Broward Blvd
Federal Courthouse Square
Fort Lauderdale, FL 33301

LEGAL MAIL
33301-194757

LEGAL MAIL